## You Are 90 Seconds Away From Better Results!

| | |
|---|---|
| **Total Debt Amount** | $20,000 - $30,000 |
| **Your Title** | Select One |
| **Your Age** | Select One |
| **First Name** | |
| **Last Name** | |
| **Email Address** | |
| **Phone Numbers** | Home ( 310 ) ___ - ___ |
| | Work/Cell ___ ___ ___ |

**Click to See Your FREE Results**

AS SEEN ON:

EBONY

CBS NEWS

Los Angeles Times

CNBC

By clicking the button above you agree to be matched with up to 4 professional financial agencies and for them to contact you even if your telephone number is on a corporate, state, or the National Do Not Call Registry, and you agree to our Terms of Use and Privacy Policy.

About Us . Site Map . Press . Careers . Affiliates . Partners . For Lenders . For Debt Partners . Unsubscribe . Home
Terms of Use . Privacy . Licenses & Disclosures . Ad Targeting Policy

© 2000-2011 LowerMyBills, Inc. All Rights Reserved. Patent Pending. 4859 W Slauson Ave #405, Los Angeles, CA 90056

   

(UNKNOWN) (Q-1) (T-8048) (P-6028) (PG-42040) (S-1)

## You Are 90 Seconds Away From Better Results!

AS SEEN ON:

| | |
|---|---|
| **Total Debt Amount** | $20,000 - $30,000 |
| **Your Title** | Select One |
| **Your Age** | Select One |
| **First Name** | |
| **Last Name** | |
| **Email Address** | |
| **Phone Numbers** | Home ( 310 )  -   |
| | Work/Cell |

**Click to See Your FREE Results!**

✓ Recommend  585

By clicking the button above you agree to be matched with up to 4 professional financial agencies, and for them to contact you (including through automated means, e.g. dialing and text messaging) via telephone, mobile device (including SMS and MMS) and/or email, even if your telephone number or email address is on a corporate, state, or the National Do Not Call Registry, and you agree to our Terms of Use and Privacy Policy. Such providers may convey information on a variety of debt related products and services, including but not limited to debt settlement or consolidation, debt counseling, or bankruptcy, depending on the service information inquiries selected by the consumer.

About Us . Site Map . Press . Careers . Affiliates . Partners . For Lenders . For Debt Partners . Unsubscribe . Home
Terms of Use . Privacy . Licenses & Disclosures . Ad Targeting Policy

© 2000-2011 LowerMyBills, Inc. All Rights Reserved. Patent Pending. 4859 W Slauson Ave #405, Los Angeles, CA 90056

   

(UNKNOWN) (Q-1) (T-8048) (P-8028) (PG-42040) (S-1)