UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Sue Rodriguez, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>Experian Services Corp., et al.,<br><br>        Defendants. | Case No. 2:15-cv-03553-R-MRW<br><br>**ORDER AWARDING LEAD PLAINTIFFS' COUNSEL ATTORNEYS FEES AND REIMBURSING EXPENSES**<br><br>Hon. Manuel Real |

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, Lead Plaintiff's Counsel, the Schwaba Law Firm and Nicholson Law Firm, PA, appointed by the Court as Class Counsel for the purposes of the Settlement have petitioned the Court for an award of attorneys' fees in compensation for the services provided to Lead Plaintiffs and the Class, and reimbursement of expenses incurred in connection with the prosecution of this action, to be paid out of the Settlement Fund established pursuant to the Settlement; and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and has heard the presentation made by Class Counsel during the final approval hearing, and due consideration having been had thereon,

NOW THEREFORE, it is hereby ordered:

1. Class Counsel are awarded $650,000.00 as attorneys' fees in this action, which includes their costs of prosecution of this action.

2. Except as otherwise provided herein, the attorneys' fees shall be paid and reimbursement of expenses shall be made in the manner and procedure provided for in the stipulations of Settlement (Docket No. 49).

3. Lead Plaintiffs shall be awarded $2,000 for an incentive fee award and reimbursement for their lost time in connection with their prosecution of this

action.

4. In making this award of attorneys' fees and reimbursement of expenses to be paid from the Settlement Fund, the Court has considered and found that:

   a. The Settlement has created a fund of $2,000,000 in cash, and Class members who file timely and valid claims will benefit from the Settlement created by Lead Plaintiffs' Counsel;

   b. At least 2,685 copies of the Notice were disseminated to putative Class members indicating that at the September 18, 2017 final approval hearing, Lead Plaintiffs' counsel intended to seek a fee of up to 25% of the Settlement Fund in attorneys' fees, and reimbursement of their litigation expenses in an amount not to exceed $16,000.

   c. The Notice was emailed and mailed to class members as required by the Court, and no objection was filed against either the terms of the proposed Settlement or the ceiling on fees and expenses to be requested by Lead Plaintiffs' counsel;

   d. Lead Plaintiffs' Counsel have conducted this litigation and achieved the Settlement;

   e. The litigation of this Action involved complex factual and legal issues and was actively prosecuted since its filing, and in the absence of Settlement, the Action would have continued to involve complex factual and legal questions;

f. If Lead Plaintiffs' Counsel had not achieved the Settlement, there was a risk of either a smaller or no recovery; and

g. Lead Plaintiffs' Counsel and additional Plaintiffs' Counsel have devoted over 900 hours of professional time to the prosecution of this Action, with a lodestar value of $383,455.

IT IS SO ORDERED.

Dated: September 19, 2017

_____
Hon. Manuel L. Real
United States District Judge