# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE RODRIGUEZ, et al., | Case No. 2:15-cv-03553-R-MRW |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| EXPERIAN SERVICES CORP., et al. | |
| Defendants. | |

It is hereby ORDERED, ADJUDGED, and DECREED THAT:

1. This Court has jurisdiction over the subject matter of this action and over all parties to the action, including all members of the class it certified for settlement purposes pursuant to Federal Rule of Civil Procedure 23(b)(3) consisting of "all persons in the United States who engaged Credit Alliance Group for services after a referral by one of the Defendants," but excluding (1) the Judges presiding over the Action, and members of their families; (2) the Defendants, their subsidiaries, parent companies, successors, predecessors, and any entity in which the Defendants or their parents have a controlling interest and their current or former officers, directors, and employees; (3) Persons who properly execute[d] and submit[ted] a timely Request for Exclusion from the Settlement Classes; (4) all Persons whose claims against the Defendants have been fully and finally adjudicated and/or released; and (5) the legal representatives, successors or assigns of any such excluded Persons."

2. Pursuant to the settlement reached by the parties, this Court hereby dismisses this action on the merits and with prejudice.

3. This Court hereby directs entry of this judgment pursuant to Federal Rule of Civil Procedure 58 based upon the Court's finding that there is no just reason for delay of enforcement or appeal of this judgment, notwithstanding the Court's retention of jurisdiction to oversee implementation and enforcement of the settlement agreement.

IT IS SO ORDERED.

Dated this 18th day of September 2017

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT COURT

JUDGMENT ENTERED: September 18, 2017
By: CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA